UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS VARGAS,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10

09 Civ. 6606 (BSJ) (DF)

**SCHEDULING ORDER
IN SOCIAL SECURITY CASE**

**DEBRA FREEMAN, United States Magistrate Judge:**

    A complaint in this action having been filed on July 24, 2009 and an answer having been filed on December 7, 2009, it is hereby ORDERED that:

    1.    Defendant is directed to serve and file a motion for judgment on the pleadings on or before May 6, 2010. Plaintiff shall serve and file its opposition to the motion no later than June 7, 2010. Defendant shall serve and file its reply, if any, no later than July 7, 2010.

    2.    If Plaintiff wishes to cross-move for judgment on the pleadings, such cross-motion shall be submitted together with Plaintiff's opposition to Defendant's motion, no later than June 7, 2010. Defendant shall serve and file its opposition to any such cross-motion no later than July 7, 2010, and Plaintiff shall serve and file its reply, if any, no later than August 6, 2010.

3. Should Plaintiff fail to oppose Defendant's motion for judgment on the pleadings, this Court may recommend that the motion be granted by default.

Dated: New York, New York
April 5, 2010

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies To:

Hon. Barbara S. Jones
United States District Judge

Marshall Green, Esq.
The Legal Aid Society Bronx Neighborhood Office
953 Southern Boulevard
Bronx, NY 10459

Susan D. Baird, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007